IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GULF MARINE FABRICATORS, LP<br>    Plaintiff,<br><br>VS.<br><br>THE ATP INNOVATOR, bearing IMO No. 742, her tackle, furniture, apparel, appurtenances, etc., *in rem*, and AMERINDO SERVICES LTD. and BLUE SKY LANGSA LTD., *in personam*,<br>    Defendants. | § § § § § § § § § § § § | C. A. No. 2:16-cv-00430<br>Rule 9(h) - Admiralty |

## CLAIM OF OWNER

NOW COMES Amerindo Services Ltd. (hereinafter "Claimant") solely in its capacity as Claimant of the ATP INNOVATOR, and subject to Rules C(6)(a) and E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and preserving its rights pursuant to Rules 12(b)(2) through 12(b)(6) of the Federal Rules of Civil Procedure, for the interest of itself as owner of the ATP INNOVATOR, her engines, tackle, etc., before this Court, and makes this claim to the said vessel as the same is proceeded against at the instance of Gulf Marine Fabricators, LP, and the Claimant states that it was at the time of the filing of the Complaint herein, and still is, the true and *bona fide* owner of the ATP INNOVATOR, her engines, tackle, etc.; wherefore, it prays to defend accordingly.

Claimant expressly reserves all defenses relating to *in rem* jurisdiction, *in personam* jurisdiction, venue, service of process, sufficiency of process, vessel status, Supplemental Rule E(8), the Rules of the Road, the general maritime law, and any other applicable statute, rule or regulation.

        Respectfully submitted,


By: */s/ Richard L. Gorman*
      Richard L. Gorman
      State Bar No. 00784155
      Federal Bar No. 15685
      12335 Kingsride Ln. #354
      Houston, Texas 77024-4116
      Telephone: (832) 725-4026
      Facsimile:  (713) 239-1020
      Email: rg@richardgormanlaw.com
      Attorney for Claimant
      Amerindo Services Ltd.

OF COUNSEL:

RICHARD GORMAN LAW

## VERIFICATION

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

Richard L. Gorman, being duly sworn, deposes and says that he is the owner of Richard Gorman Law, attorney for the Claimant herein; that he has read the foregoing Claim of Owner and knows the contents thereof and that the same are true and correct to the best of his knowledge, information and belief; that the sources of affiant's information are previous communications and records of the Claimant and information from the United States Coast Guard's Vessel Documentation website; that the reason this verification is made by affiant and not by Claimant is that affiant is Claimant's attorney, and no officer of the Claimant is immediately available to make this verification.

_____
Richard L. Gorman

SWORN TO AND SUBSCRIBED BEFORE ME, this ___7TH___ day of November, 2016.

ROBIN M. MITCHELL
Notary Public, State of Texas
Comm. Expires 04-14-2020
Notary ID 130619552

_____
Notary Public in and for
the State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2016, a copy of the foregoing Claim of Owner was served on counsel of record *By Notice of Electronic Filing.*

/s/ Richard L. Gorman
Of Richard Gorman Law

01879.pleadings.claim of owner.11/07/16