

**U.S. Department of Homeland Security**

**United States Coast Guard**

Director
National Vessel Documentation Center

792 T. J. Jackson Drive
Falling Waters, WV  25419
Phone: (800) 799-8362
Fax: 304-271-2405

**September 20, 2016**

**Regarding your recent submission to the National Vessel Documentation Center**

This cover letter with enclosure(s) is sent in response to a submission made to this office.  If you have any questions, please contact the National Vessel Documentation Center at the number shown above.

**Enclosures:**

(1) <Certified Copy> Abstract of Title   O/N: 575567          5 PAGE(S)

**TOTAL:**                                6 PAGE(S) (including cover page)

**EXHIBIT 1**

DEPARTMENT OF
TRANSPORTATION
U. S. COAST GUARD
CG-1332 (Rev. 8-67)

# GENERAL INDEX OR ABSTRACT OF TITLE

(4) ..........

575567 (3) ..........
(Official number)

Barge (2) ..........
(Rig)

(former home port)    (1) ROWAN MIDLAND
                    (Name of vessel)

This vessel was built at ....Port Arthur, Texas.... in ..1976.. of ..steel..
by ..Gulfport Shipbuilding.............. for ....Rowandrill, Inc....
as appears by ..Certificate of John G. McDonald, Jr., master carpenter..

| GRANTOR | GRANTEE | Kind of instrument and part conveyed | Date of instrument and date of maturity | Consideration or amount and discharge amount | Received for record | Recorded | Time of endorsement and entry or approval of home port | Port where endorsed |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 8-2-76 |  |
| Rowandrill, Inc. | Citibank, N.A. | Pref. Mtge | 1-14-77 | $33,000,000.00 | 1-26-77 8:15A | PM-40 55 | 1-26-77 8:20A | HOUSTON, TEXAS |
|  |  | All | 6-30-84 | $33,000,000.00 |  |  | 8:27A |  |
| Citibank, N.A. | Rowandrill, Inc. | Sat. PM | 11-25-80 | $33,000,000.00 | 1-7-81 3:45PM | PM-67 16 | 1-7-81 | HOUSTON, TEXAS |
|  |  | all |  |  |  |  |  |  |

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. COAST GUARD<br>CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE<br>CONTINUATION SHEET NO. 1 || Official No.<br>575567 |
|---|---|---|---|

| INSTRUMENT TYPE ||||
|---|---|---|---|---|
| **BILL OF SALE** |||||
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | JANUARY 22, 2007 | $1.00 | 574572 | 6644322 |
| DATE FILED | TIME FILED || STATUS ||
| JANUARY 31, 2007 | 12:50 PM || RECORDED ||

**SELLER**
ROWANDRILL INC

**BUYER**
ATP OIL & GAS CORPORATION

**STATUS:** ON RECORD

Vessel Name Changed to: ATP INNOVATOR (2/1/07)

| DISCHARGED | INSTRUMENT TYPE |||||
|---|---|---|---|---|---|
| YES | **PREFERRED MORTGAGE** |||||
| | % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| | 100 | FEBRUARY 26, 2009 | $150,000,000.00 | 679473 | 10123038 |
| | DATE FILED | TIME FILED || STATUS ||
| | FEBRUARY 27, 2009 | 4:05 PM || RECORDED ||

**MORTGAGOR**
ATP OIL & GAS CORPORATION

**MORTGAGEE**
EFS-R LLC
800 LONG RIDGE ROAD
STAMFORD CT 06927

| INSTRUMENT TYPE |||||
|---|---|---|---|---|
| **BILL OF SALE** |||||
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | MARCH 6, 2009 | $1.00 | 680564 | 10152281 |
| DATE FILED | TIME FILED || STATUS ||
| MARCH 09, 2009 | 12:12 PM || RECORDED ||

**SELLER**
ATP OIL & GAS CORPORATION

**BUYER**
ATP INFRASTRUCTURE PARTNERS, L.P.

| DISCHARGED | INSTRUMENT TYPE |||||
|---|---|---|---|---|---|
| YES | **NOTICE OF CLAIM OF LIEN** |||||
| | % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| | 100 | SEPTEMBER 20, 2012 | $109,349.29 | 4576500 | 33 |
| | DATE FILED | TIME FILED || STATUS ||
| | OCTOBER 02, 2012 | 9:53 AM || RECORDED ||

**CLAIMANT**
GULF COAST CHEMICAL LLC
200 JACQULYN STREET
ABBEVILLE LA 70510

PER NOTICE OF CLAIM OF LIEN, LIEN ESTABLISHED ON JUNE 01, 2012.

This space intentionally left blank

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. COAST GUARD<br>CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE<br>CONTINUATION SHEET NO. 2 | | | Official No.<br>575567 |
|---|---|---|---|---|
| DISCHARGED<br>YES | INSTRUMENT TYPE<br>PREFERRED MORTGAGE | | | |
| % CONVEYED<br>100 | DATE OF INSTRUMENT<br>FEBRUARY 6, 2014 | AMOUNT<br>$5,000,000.00 | BATCH<br>17307400 | DOC ID<br>3 |
| DATE FILED<br>FEBRUARY 07, 2014 | TIME FILED<br>4:15 PM | | STATUS<br>RECORDED | |
| MORTGAGOR<br>ATP INFRASTRUCTURE PARTNERS, L.P. | | | | |
| MORTGAGEE<br>GENERAL ELECTRIC CAPITAL CORPORATION<br>ATTN: PORTFOLIO MANAGER<br>800 LONG RIDGE ROAD<br>STAMFORD CT 06927 | | | | |
| | INSTRUMENT TYPE<br>NOTICE OF CLAIM OF LIEN | | | |
| % CONVEYED<br>100 | DATE OF INSTRUMENT<br>APRIL 25, 2014 | AMOUNT<br>$1,902,298.84 | BATCH<br>19119500 | DOC ID<br>3 |
| DATE FILED<br>APRIL 25, 2014 | TIME FILED<br>2:44 PM | | STATUS<br>RECORDED | |
| CLAIMANT<br>OMEGA NATCHIQ INC<br>PO BOX 10340<br>NEW IBERIA LA 70562<br><br>PER NOTICE OF CLAIM OF LIEN, LIEN ESTABLISHED ON FEBRUARY 24, 2008 | | | | |
| DISCHARGED<br>YES | INSTRUMENT TYPE<br>AMENDMENT TO PREFERRED MORTGAGE | | REFERS TO: BATCH: 17307400 DOC ID: 3 | |
| % CONVEYED<br>100 | DATE OF INSTRUMENT<br>APRIL 9, 2015 | AMOUNT<br>$8,550,000.00 | BATCH<br>28912100 | DOC ID<br>1 |
| DATE FILED<br>APRIL 09, 2015 | TIME FILED<br>5:14 PM | | STATUS<br>RECORDED | |
| MORTGAGOR<br>ATP INFRASTRUCTURE PARTNERS, L.P. | | | | |
| MORTGAGEE<br>GENERAL ELECTRIC CAPITAL CORPORATION<br>ATTN: PORTFOLIO MANAGER<br>800 LONG RIDGE ROAD<br>STAMFORD, CONNECTICUT 06927 | | | | |
| | INSTRUMENT TYPE<br>SATISFACTION OF CLAIM OF LIEN | | REFERS TO: BATCH: 4576500 DOC ID: 33 | |
| % CONVEYED<br>100 | DATE OF INSTRUMENT<br>JULY 31, 2015 | AMOUNT<br>$109,349.29 | BATCH<br>29922000 | DOC ID<br>2 |
| DATE FILED<br>AUGUST 12, 2015 | TIME FILED<br>4:05 PM | | STATUS<br>RECORDED | |
| CLAIMANT<br>GULF COAST CHEMICAL LLC | | | | |

This space intentionally left blank

DEPARTMENT OF
HOMELAND SECURITY
U.S. COAST GUARD
CG - 1332

Case 2:16-cr-00430 Document 23-1 Filed in TXSD on 11/29/16   Page 5 of 6

GENERAL INDEX OR ABSTRACT OF TITLE
CONTINUATION SHEET NO. 3

Official No.
**575567**

| INSTRUMENT TYPE | | | REFERS TO: BATCH: 679473 DOC ID: 10123038 | |
|---|---|---|---|---|
| **SATISFACTION OF MORTGAGE** | | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | SEPTEMBER 18, 2015 | $150,000,000.00 | 30742400 | 8 |
| DATE FILED | TIME FILED | | STATUS | |
| SEPTEMBER 18, 2015 | 6:49 PM | | RECORDED | |
| MORTGAGEE | | | | |
| EFS-R LLC | | | | |
| MORTGAGOR | | | | |
| ATP OIL & GAS CORPORATION | | | | |

| INSTRUMENT TYPE | | | REFERS TO: BATCH: 17307400 DOC ID: 3 | |
|---|---|---|---|---|
| **SATISFACTION OF MORTGAGE** | | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | SEPTEMBER 18, 2015 | $8,550,000.00 | 30742400 | 7 |
| DATE FILED | TIME FILED | | STATUS | |
| SEPTEMBER 18, 2015 | 6:49 PM | | RECORDED | |
| MORTGAGEE | | | | |
| GENERAL ELECTRIC CAPITAL CORPORATION | | | | |
| MORTGAGOR | | | | |
| ATP INFRASTRUCTURE PARTNERS, L.P. | | | | |

| INSTRUMENT TYPE | | | | |
|---|---|---|---|---|
| **BILL OF SALE** | | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | SEPTEMBER 14, 2015 | $1.00 | 30742400 | 6 |
| DATE FILED | TIME FILED | | STATUS | |
| SEPTEMBER 18, 2015 | 6:49 PM | | RECORDED | |
| SELLER | | | | |
| ATP INFRASTRUCTURE PARTNERS, L.P. | | | | |
| BUYER | | | | |
| AMERINDO SERVICES LTD | | | | |

| INSTRUMENT TYPE | | | | |
|---|---|---|---|---|
| **PREFERRED MORTGAGE** | | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | SEPTEMBER 18, 2015 | $1,125,438.25 | 30864100 | 1 |
| DATE FILED | TIME FILED | | STATUS | |
| SEPTEMBER 18, 2015 | 6:49 PM | | RECORDED | |
| MORTGAGOR | | | | |
| AMERINDO SERVICES LTD | | | | |
| MORTGAGEE | | | | |
| ATP INFRASTRUCTURE PARTNERS, L.P.<br>4488 ONONDAGA BLVD<br>SYRACUSE, NY  13219 | | | | |

This space intentionally left blank

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 4 | Official No. 575567 |
|---|---|---|

**INSTRUMENT TYPE**
**NOTICE OF CLAIM OF LIEN**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | AUGUST 19, 2016 | $682,603.72 | 38475900 | 4 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| AUGUST 19, 2016 | 6:08 PM | RECORDED |

**CLAIMANT**

GULF MARINE FABRICATORS LP
1982 FM RD 2725
ARANSAS PASS TX 78336

PER NOTICE OF CLAIM OF LIEN, LIEN ESTABLISHED DECEMBER 18, 2015.

**ISSUED AS AN ABSTRACT OF TITLE AS OF**

DATE: 09/15/2016     TIME: 3:20 PM

*Christine H. Washburn*
DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER