DHS, USCG CG-1270 (REV. 06-04)           OMB APPROVED 1625-0027

# UNITED STATES OF AMERICA



## DEPARTMENT OF HOMELAND SECURITY
## UNITED STATES COAST GUARD

### NATIONAL VESSEL DOCUMENTATION CENTER

# *CERTIFICATE OF DOCUMENTATION*

| VESSEL NAME | OFFICIAL NUMBER | IMO OR OTHER NUMBER | YEAR COMPLETED |
|---|---|---|---|
| ATP INNOVATOR | 575567 | 8754633 | 1976 |

| HAILING PORT | HULL MATERIAL | | MECHANICAL PROPULSION |
|---|---|---|---|
| HOUSTON TX | STEEL | | NO |

| GROSS TONNAGE | NET TONNAGE | LENGTH | BREADTH | DEPTH |
|---|---|---|---|---|
| 5470 GRT | 4250 NRT | 279.5 | 210.0 | 19.3 |

| PLACE BUILT |
|---|
| PORT ARTHUR TX |

| OWNERS | OPERATIONAL ENDORSEMENTS |
|---|---|
| AMERINDO SERVICES LTD | REGISTRY |

| MANAGING OWNER | |
|---|---|
| AMERINDO SERVICES LTD.<br>7941 KATY FREEWAY<br>HOUSTON TX 77024 | National Vessel Documentation Center USCG<br>I hereby certify this to be a true copy of the records of this office.<br><br>*Christina H. Walker*    11/19/2015<br>Director, National Vessel Documentation Center |

**RESTRICTIONS**
NONE

**ENTITLEMENTS**
NONE

**REMARKS**
NONE

**ISSUE DATE**
SEPTEMBER 25, 2015

**THIS CERTIFICATE EXPIRES**
SEPTEMBER 30, 2016

DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

PREVIOUS EDITION OBSOLETE. THIS CERTIFICATE MAY NOT BE ALTERED

**EXHIBIT 3**