IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GULF MARINE FABRICATORS, LP | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | C. A. No. 2:16-cv-00430 |
| | § | Rule 9(h) - Admiralty |
| THE ATP INNOVATOR, bearing IMO No. | § | |
| 742, her tackle, furniture, apparel, | § | |
| appurtenances, etc., *in rem*, and AMERINDO | § | |
| SERVICES LTD. and BLUE SKY LANGSA | § | |
| LTD., *in personam*, | § | |
|     Defendants. | § | |

### VESSEL CLAIMANT'S AND DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

TO THE COURT:

    Amerindo Services Ltd., solely in its capacity as Claimant to the ATP INNOVATOR, subject to its Motion to Vacate and its Rule 12(b) defenses and any other defenses, and *in personam* Defendants Amerido Services Ltd. and Blue Sky Langsa Ltd., subject to their Rule 12(b) defenses and other defenses asserted in their answer, file this Certificate of Interested Parties as follows:

    The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities may have a financial interest in the outcome of this litigation:

    1.    Gulf Marine Fabricators LP - Plaintiff
             1982 FM 2725
             Aransas Pass, Texas 78336

    2.    Amerindo Services Ltd. - Claimant and *in personam* Defendant
             c/o Richard Gorman Law
             12335 Kingsride Ln. #354
             Houston, Texas 77024

    3.    Blue Sky Langsa Ltd. - *in personam* Defendant
             c/o Richard Gorman Law
             12335 Kingsride Ln. #354
             Houston, Texas 77024

4. ATP Infrastructure Partners, L.P. - Mortgagee of the ATP INNOVATOR
   4488 Onondaga Blvd.
   Syracuse, New York 13219

5. Omega Natchiq, Inc. - Claims a privilege and/or lien against the ATP INNOVATOR
   under Louisiana law
   4418 Passon Rd.
   New Iberia, Louisiana 70760

   Respectfully submitted,


   By: /s/ Richard L. Gorman
   Richard L. Gorman
   State Bar No. 00784155
   Federal Bar No. 15685
   12335 Kingsride Ln. #354
   Houston, Texas 77024-4116
   Telephone: (832) 725-4026
   Facsimile: (713) 239-1020
   Email: rg@richardgormanlaw.com
   Attorney for Claimant and *in personam* Defendants

OF COUNSEL:

RICHARD GORMAN LAW

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December 2016, a copy of the foregoing was served on counsel of record t *By Notice of Electronic Filing*.

/s/ *Richard L. Gorman*
Of Richard Gorman Law

01879.certificate of interested parties.12/12/16