# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ATP Oil & Gas Corporation, | § | Case No.: 12-36187 |
| | § | |
| Debtor. | § | Hon. Marvin Isgur |

## UNITED STATES' NOTICE OF SHUT-IN ORDER

The United States, through its Department of Interior (Interior), hereby notifies the Court and other interested parties that, on April 23, 2013, Interior, through its Bureau of Safety and Environmental Enforcement (BSEE), ordered the Debtor to shut-in its operations on Lease OCS-G 14016 (Mississippi Canyon Block 711) (aka Gomez Properties) based upon ATP's continued noncompliance with the Bureau of Ocean Energy Management's (BOEM) Second Order issued December 20, 2012, and Incident of Noncompliance (INC) issued March 14, 2013. BSEE's Order is attached hereto as Exhibit 1.

Dated: April 24, 2013

Respectfully Submitted,

STUART DELERY
Principal Deputy Assistant Attorney General

/s/ E. Kathleen Shahan
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
E. KATHLEEN SHAHAN
VICTOR W. ZHAO

**COUNSEL FOR THE UNITED STATES**
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044
Tel. (202) 307-0958
Fax (202) 514-9163
Kathie.shahan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2013, a true and correct copy of the foregoing was served via ECF and/or U.S. Mail.

/s/ E. Kathleen Shahan
E. Kathleen Shahan

UNITED STATES' NOTICE OF SHUT-IN ORDER
CASE NO. 12-36187, IN RE: ATP OIL AND GAS CORPORATION, INC..

PAGE 2 OF 2



# United States Department of the Interior

BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
Gulf of Mexico OCS Region
1201 Elmwood Park Boulevard
New Orleans, LA 70123-2394

In Reply Refer To: GE 973E

April 23, 2013

FEDERAL EXPRESS

Mr. George Morris
ATP Oil & Gas Corporation
4600 Post Oak Place, Suite 200
Houston, Texas 77027-9726

Dear Mr. Morris:

ATP had until April 15, 2013 to take corrective action with regard to the Incidence of Noncompliance (INC) issued by the Bureau of Ocean Energy Management (BOEM) for failing to comply with its December 20, 2012 order (amended January 18, 2013) to provide supplemental bonding (Second Order). ATP was also informed that if it failed to fully comply with the Second Order by April 15, BOEM would immediately recommend that the Bureau of Safety and Environmental Enforcement (BSEE) take appropriate action to enforce ATP's obligations under the Second Order.

Because ATP has not complied with the Second Order and has failed to correct the INC, BOEM has recommended to BSEE that it enforce ATP's obligations by taking the necessary actions to shut in production and any other leaseholding operations on Lease OCS-G 14016. Therefore, in accordance with 30 CFR 250.173(a), a Suspension of Operations (SOO) and a Suspension of Production (SOP) are hereby directed for Lease OCS-G 14016, Mississippi Canyon (MC) Block 711, beginning April 30, 2013, and lasting until this office determines that all obligations under the Second Order have been addressed in a manner acceptable to BOEM. If such a determination is made, the SOO and SOP shall remain in effect until BSEE notifies you in writing that this directed SOO and SOP are no longer in effect. The April 30, 2013, date allows time for the safe and orderly shut-in of production and the facility.

2

While under this directed SOO and SOP, the facility, MC Block 711 Platform A with complex identification number 1771, is to remain shut-in, production is prohibited from the well completions on the lease, and all other leaseholding operations are prohibited. Note also that, pursuant to 30 CFR 250.176 and 30 CFR 1218.154, ATP is not relieved of the obligation to pay rental or minimum royalty while these directed suspensions are in effect.

If you have any questions regarding this matter, contact Ms. Susan Green at (504) 736-2401 or by e-mail at Susan.Green@bsee.gov.

Sincerely,

Richie D. Baud
Regional Supervisor
Production and Development