United States District Court
Southern District of Texas
**ENTERED**
March 16, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| GULF MARINE FABRICATORS, LP<br><br>VERSUS<br><br>THE ATP INNOVATOR, bearing IMO No. 742, her tackle, furniture, apparel, appurtenances, etc., *in rem*, and AMERINDO SERVICES LTD., *in personam* BLUE SKY LANGSA LTD, *in personam* | CIVIL ACTION NO. 2:16-cv-00430<br><br>IN ADMIRALTY,<br>F.R.C.P. 9(h) and Rule C |

## ORDER

Considering the above and foregoing Unopposed Motion to Allow Third Party Inspection of ATP INNOVATOR;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that third party inspectors shall be allowed to board the ATP INNOVATOR to inspect the ATP INNOVATOR.

Corpus Christi, Texas, this __15__ day of __March__, 2017.

_____
U.S. MAGISTRATE JUDGE

{N3370896.1}