UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| GULF MARINE FABRICATORS, LP<br><br>VERSUS<br><br>THE ATP INNOVATOR, bearing IMO No. 742, her tackle, furniture, apparel, appurtenances, etc., *in rem*,<br>AMERINDO SERVICES LTD., *in personam*,<br>and *BLUE SKY LANGSA LTD, in personam* | CIVIL ACTION NO. 2:16-cv-00430<br><br>IN ADMIRALTY,<br>F.R.C.P. 9(h) AND RULE C |

## MOTION FOR PARTIAL SUMMARY JUDGMENT
## BY GULF MARINE FABRICATORS, LP

**NOW INTO COURT**, through undersigned counsel, comes complainant, Gulf Marine Fabricators, LP ("Gulf Marine"), who, pursuant to Fed. R. Civ. P. 56, moves for partial summary judgment on its breach of contract claims against Amerindo Services, Ltd, ("Amerindo") and Blue Sky Langsa Ltd ("Blue Sky"), *in personam*.[1]  There is no genuine issue of material fact with respect to Gulf Marine's breach of contract claims arising from Amerindo and Blue Sky's breach of the December 18, 2015 Layberth Agreement with Gulf Marine.  For the reasons set forth in the accompanying Memorandum in Support, Gulf Marine is entitled to summary judgment on these claims.

---

[1] Gulf Marine's instant Motion addresses only Gulf Marine's *in personam* claims against Amerindo and Blue Sky and does not address Gulf Marine's maritime lien claim against the *in rem* defendant The ATP INNOVATOR.

{N3382656.1}

Respectfully submitted,

*/s/ Lara D. Pringle*

Lara D. Pringle (Texas Bar No. 24056164)
Jones Walker LLP
First City Tower
1001 Fannin Street, Suite 2450
Houston, Texas 77002
Telephone: (713) 437-1800
Facsimile: (713) 437-1810
Email: lpringle@joneswalker.com

*Of Counsel:*

WILLIAM C. BALDWIN (#31613)
HANSFORD P. WOGAN (#34825)
Jones Walker LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:     (504) 582-8315
Facsimile:     (504) 589-8315
Email:  wbaldwin@joneswalker.com
            fwogan@joneswalker.com

Attorneys for Gulf Marine Fabricators, LP

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of March, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to any non-CM/ECF participants.

/s/ *Lara D. Pringle*