United States District Court
Southern District of Texas
**ENTERED**
April 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GULF MARINE FABRICATORS, LP, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-430 |
| | § | |
| THE ATP INNOVATOR, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has considered the Motion for Review of Magistrate Judge's Memorandum and Recommendation (D.E. 30) filed by Complainant, Gulf Marine Fabricators, L. P.  The Court SUSTAINS Gulf Marine's first objection finding that the correct standard of proof at this stage is probable cause and not a preponderance of the evidence.

The Court allows Gulf Marine 60 days to conduct jurisdictional discovery.  If Claimant Amerindo Services Ltd. intends to file a motion to dismiss, it shall be filed by July 5, 2017.

The Court suspends all deadlines set forth in the Scheduling Order (D.E. 34).

ORDERED this 5th day of April, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE