United States District Court
Southern District of Texas
**ENTERED**
August 15, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GULF MARINE FABRICATORS, LP, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-430 |
| | § | |
| THE ATP INNOVATOR, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING MOTION TO REINSTATE PRETRIAL DEADLINES AND MOTION TO SET SALE OF SEIZED VESSEL**

Gulf Marine Fabricators' motions to reinstate pretrial deadlines (D.E. 63) and to set sale of seized vessel (D.E. 67) are denied without prejudice. The initial issue whether the ATP Innovator is a vessel subject to seizure has not yet been determined by the District Court.

ORDERED this 15th day of August, 2017.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE