UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GULF MARINE FABRICATORS, LP<br>        Plaintiff,<br><br>VERSUS<br><br>THE ATP INNOVATOR, bearing IMO No. 742, her tackle, furniture, apparel, appurtenances, etc., *in rem*,<br>AMERINDO SERVICES LTD, *in personam*<br>BLUE SKY LANGSA LTD, *in personam*<br>        Defendants. | CIVIL ACTION NO. 2:16-cv-00430<br><br>IN ADMIRALTY,<br>F.R.C.P. 9(h) and Rule C |

### GULF MARINE FABRICATORS, LP'S MOTION FOR REVIEW OF MAGISTRATE'S MEMORANDUM AND RECOMMENDATION

**NOW INTO COURT**, through undersigned counsel, comes complainant, Gulf Marine Fabricators, LP ("Gulf Marine"), who respectfully files this Motion for Review of Magistrate Judge's Memorandum and Recommendation (R. Doc. 70), as amended (R. Doc. 71), in which the Magistrate Judge recommended that this Court grant defendant Amerindo Services, Ltd.'s Motion to Dismiss Arrest (R. Doc. 62) of the *in rem* defendant vessel ATP INNOVATOR ("INNOVATOR").

As set forth in the accompanying Memorandum in Support, Gulf Marine respectfully suggests that the Magistrate Judge's Memorandum and Recommendation, which recommends that the INNOVATOR be deemed a non-vessel, applied an improper standard of review and is also contrary to the law and the evidentiary record. The INNOVATOR is a vessel under the General Maritime Law and is therefore subject to maritime liens, including Gulf Marine's maritime lien for necessaries. For these reasons and those set forth in the accompanying Memorandum in Support, Gulf Marine respectfully requests that the Court grant its Motion for Review and deny Amerindo's Motion to Dismiss Arrest.

{N3495891.3}

Respectfully submitted,

*/s/ William C. Baldwin*
Lara D. Pringle (Texas Bar No. 24056164)
Jones Walker LLP
First City Tower
1001 Fannin Street, Suite 2450
Houston, Texas 77002
Telephone: (713) 437-1800
Facsimile: (713) 437-1810
lpringle@joneswalker.com

*Of Counsel:*
WILLIAM C. BALDWIN (#31613)
HANSFORD P. WOGAN (#34825)
Jones Walker LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:     (504) 582-8315
Facsimile:      (504) 589-8315
wbaldwin@joneswalker.com
fwogan@joneswalker.com
**Attorneys for Gulf Marine Fabricators, LP**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to any non-CM/ECF participants.

*/s/ William C. Baldwin*