United States District Court
Southern District of Texas
**ENTERED**
February 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GULF MARINE FABRICATORS, LP, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-430 |
| | § | |
| THE ATP INNOVATOR, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER SETTING CONTESTED BENCH TRIAL
### AND ORDER GRANTING ORAL MOTION TO INTERVENE

A status conference was held in this case on February 15, 2018. Omega orally moved to intervene. As this issue has already been extensively briefed by the parties, the motion is granted, but only for the limited purpose of determining the vessel status of the ATP Innovator.

A contested bench trial limited to the issue of whether the ATP Innovator is a vessel, thereby invoking admiralty jurisdiction of the court, is scheduled for **Monday, May 14, 2018, at 9:00** a.m. The Final Pretrial Conference is scheduled for **Friday, May 4, 2018, at 9:00 a.m.** Both settings are before **Hon. Nelva Gonzales Ramos.** The parties' Joint Pretrial Order shall be filed on or before **Friday, April 27, 2018.**

ORDERED this 15th day of February, 2018.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE