UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| GULF MARINE FABRICATORS, LP<br><br>VERSUS<br><br>THE ATP INNOVATOR, bearing IMO No. 742, her tackle, furniture, apparel, appurtenances, etc., *in rem*,<br>AMERINDO SERVICES LTD, *in personam*<br>BLUE SKY LANGSA LTD, *in personam* | CIVIL ACTION NO. 2:16-cv-00430<br><br>IN ADMIRALTY,<br>F.R.C.P. 9(h) and Rule C |

**OPPOSED MOTION TO SCHEDULE THE SALE**
**OF THE ATP INNOVATOR FOR APRIL 16, 2018**

**NOW INTO COURT**, through undersigned counsel, comes complainant, Gulf Marine Fabricators, LP ("Gulf Marine"), who requests that this Honorable Court issue an Order scheduling the interlocutory sale of the *in rem* defendant ATP INNOVATOR (the "INNOVATOR") for April 16, 2018, and in support thereof, avers as follows:

1. On March 6, 2018, this Court issued an Order on Motion for Interlocutory Sale, granting Gulf Marine's request for the interlocutory sale of the INNOVATOR under Rule E(9) of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules for Civil Procedure. [R. Doc. 95].

2. Subsequently, Gulf Marine conferred with the United States Marshal for the Southern District of Texas, Corpus Christi Division, regarding the interlocutory sale of the INNOVATOR, and the United States Marshal's Service has advised that the earliest available date for the auction of the INNOVATOR is April 16, 2018.

{N3562468.1}

3. Accordingly, Gulf Marine files this Motion to schedule the interlocutory sale of the INNOVATOR for 10:00 am on April 16, 2018 and to authorize the United States Marshal for the Southern District of Texas, Corpus Christi Division, to sell the INNOVATOR free and clear of all liens with all proceeds to be deposited into the registry of the Court pending further order by this Court.

4. Gulf Marine has submitted a Proposed Order with customary language that is in compliance with the Local Admiralty Rules regarding admiralty sales.

5. Gulf Marine's counsel conferred with counsel for the owner of the ATP INNOVATOR, Amerindo Services Ltd, who opposes this Motion.

**WHEREFORE**, Plaintiff, Gulf Marine Fabricators, LP, prays for an order in the form of Gulf Marine's Proposed Order setting the INNOVATOR for interlocutory sale on April 16, 2018 at 10:00 am at the United States Courthouse, 1133 N. Shoreline Blvd., Corpus Christi, Texas 78401.

Respectfully submitted,

*/s/ William C. Baldwin*
Lara D. Pringle (Texas Bar No. 24056164)
Jones Walker LLP
First City Tower
1001 Fannin Street, Suite 2450
Houston, Texas 77002
Telephone: (713) 437-1800
Facsimile: (713) 437-1810
Email: Lpringle@joneswalker.com

*Of Counsel:*
WILLIAM C. BALDWIN (#31613)
HANSFORD P. WOGAN (#34825)
Jones Walker LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:    (504) 582-8315
Facsimile:    (504) 589-8315
Email: wbaldwin@joneswalker.com
　　　　fwogan@joneswalker.com

**Attorneys for Gulf Marine Fabricators, LP**

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to any non-CM/ECF participants.

/s/ *William C. Baldwin*