UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| GULF MARINE FABRICATORS, LP<br><br>VERSUS<br><br>THE ATP INNOVATOR, bearing IMO No. 742, her tackle, furniture, apparel, appurtenances, etc., *in rem*,<br>AMERINDO SERVICES LTD, *in personam*<br>BLUE SKY LANGSA LTD, *in personam* | CIVIL ACTION NO. 2:16-cv-00430<br><br>IN ADMIRALTY,<br>F.R.C.P. 9(h) and Rule C |

## MOTION TO EXPEDITE OPPOSED MOTION TO SCHEDULE THE SALE OF THE ATP INNOVATOR FOR APRIL 16, 2018

**NOW INTO COURT**, through undersigned counsel, comes complainant, Gulf Marine Fabricators, LP ("Gulf Marine"), who moves for expedited consideration of its Opposed Motion to Schedule the Sale of the ATP INNOVATOR for April 16, 2018, for the following reasons:

1. On March 6, 2018, this Court issued an Order on Motion for Interlocutory Sale, granting Gulf Marine's request for the interlocutory sale of the INNOVATOR under Rule E(9) of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules for Civil Procedure. [R. Doc. 95].

2. Subsequently, Gulf Marine conferred with the United States Marshal for the Southern District of Texas, Corpus Christi Division, regarding the interlocutory sale of the INNOVATOR, and the United States Marshal's Service has advised that the earliest available date for the auction of the INNOVATOR is April 16, 2018.

3. Gulf Marine seeks expedited review of its Motion to set the INNOVATOR for sale on April 16, 2018 so that it may be set for sale on the earliest date possible to stop the

substantial custodial expenses that continue to accrue. Moreover, if expedited consideration is not granted, it will not be possible to set the sale date on April 16, 2018 and properly advertise and market the sale of the INNOVATOR.

4. Finally, the Court has already granted the interlocutory sale of the INNOVATOR, and Gulf Marine's Motion simply seeks to set the date of the interlocutory sale on the next available date provided by the U.S. Marshal's Service. Although the owner of the INNOVATOR, Amerindo Services Ltd ("Amerindo"), opposes this request, the Court already rejected Amerindo's challenges to the requested sale of the INNOVATOR. [*Id.*]. Accordingly, Amerindo's objection to the setting of the sale should not otherwise delay or hinder the scheduling of the sale on April 16, 2018.

5. Counsel for Gulf Marine will be available to attend a hearing set by this Honorable Court, either in person or by telephone, at any convenient time.

**WHEREFORE**, Plaintiff, Gulf Marine Fabricators, LP, respectfully requests expedited consideration of its Motion.

    Respectfully submitted,

    */s/ William C. Baldwin*
    Lara D. Pringle (Texas Bar No. 24056164)
    Jones Walker LLP
    First City Tower
    1001 Fannin Street, Suite 2450
    Houston, Texas 77002
    Telephone: (713) 437-1800
    Facsimile: (713) 437-1810
    Email: Lpringle@joneswalker.com

*Of Counsel:*
WILLIAM C. BALDWIN (#31613)
HANSFORD P. WOGAN (#34825)
Jones Walker LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8315
Facsimile:    (504) 589-8315
Email:  wbaldwin@joneswalker.com
            fwogan@joneswalker.com

**Attorneys for Gulf Marine Fabricators, LP**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to any non-CM/ECF participants.

/s/ *William C. Baldwin*