IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GULF MARINE FABRICATORS , LP | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | C. A. No. 2:16-cv-00430 |
| | § | Rule 9(h) - Admiralty |
| THE ATP INNOVATOR, bearing IMO No. | § | |
| 742, her tackle, furniture, apparel, | § | |
| appurtenances, etc., *in rem*, and AMERINDO | § | |
| SERVICES LTD.  and BLUE SKY LANGSA | § | |
| LTD., *in personam*, | § | |
|     Defendants. | § | |

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

TO THE COURT:

COME NOW Amerindo Services Ltd., solely in its capacity as Claimant to the ATP INNOVATOR, and *in personam* Defendants Amerindo Services Ltd. ("Amerindo") and Blue Sky Langsa Ltd. ("Blue Sky"), and file this Motion to Withdraw as Counsel for the aforementioned entities, and respectfully would show:

**I.**

The undersigned is counsel for Claimant Amerindo and *in personam* Defendants Amerindo and Blue Sky.  Amerindo and Blue Sky have informed the undersigned that there are no funds available to pay the undersigned's past outstanding invoices, and for any services and expenses going forward.  For this reason, the undersigned requests to withdraw as counsel.  Amerindo and Blue Sky consent to the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, Amerindo Services Ltd., solely in its capacity as Claimant to the ATP INNOVATOR, and *in personam* Defendants Amerindo Services Ltd. and

Blue Sky Langsa Ltd. pray that this motion be in all respects granted, and for such other relief to which they may be entitled.

Respectfully submitted,

By:  */s/ Richard L. Gorman*
       Richard L. Gorman
       State Bar No. 00784155
       Fed. I.D. 15685
       12335 Kingsride Lane #354
       Houston, Texas 77024
       Telephone: (832) 725-4026
       Email: rg@richardgormanlaw.com
       Attorney-in-Charge for Claimant
       Amerindo Services Ltd. and *in personam*
       Defendants Amerindo Services Ltd. and
       Blue Sky Langsa Ltd.

OF COUNSEL:

RICHARD GORMAN LAW

**CERTIFICATE OF CONFERENCE**

I certify that on this 10th day of April, 2018, emails were exchanged between counsel.  Gulf Marine Fabricators, LP takes no position with respect to the motion, but does object to the extent the requested withdrawal would result in a delay of any current court deadlines or the vessel status trial. ASRC Energy Services Omega, LLC takes no position on the motion.

*/s/ Richard L. Gorman*
Of Richard Gorman Law

## <u>CERTIFICATE OF SERVICE</u>

 I certify that on this 10th day of April, 2018, a true and correct copy of this pleading was served on counsel of record ***Via Notice of Electronic Filing.***


*/s/ Richard L. Gorman*     
Of Richard Gorman Law


01879.Motion.04.10.18