

RICHARD L. GORMAN
RICHARD GORMAN LAW
12335 KINGSRIDE LN. #354
HOUSTON, TEXAS 77024-4116
TELEPHONE: (832) 725-4026
EMAIL: rg@richardgormanlaw.com

April 11, 2018

*Via CM/ECF*

Honorable Nelva Gonzales Ramos
United States District Judge
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

C.A. No. 2:16-cv-00430 -
*Gulf Marine Fabricators, LP v. ATP INNOVATOR, et al.* - In the United States District Court for the Southern District of Texas, Corpus Christi Division -
File No.:  01879

Dear Judge Ramos:

    I have received the Court's order of today's date [Dkt. No. 109] granting the motion to withdraw as counsel.  For notice and service purposes related to Amerindo Services Ltd. and Blue Sky Langsa Ltd., please send all future notices, filings, orders and other documents to Ilyas Chaudhary at ilyas@blueskyep.com.

    Thank you.

Page 2

>Very truly yours,
>
>RICHARD GORMAN LAW,
>
>
>By: */s/ Richard L. Gorman*
>      Richard L. Gorman

01879.Ltr.4.11.2018