United States District Court
Southern District of Texas
**ENTERED**
April 11, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GULF MARINE FABRICATORS, LP, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:16-CV-00430 |
| § | |
| THE ATP INNOVATOR, *et al*, § | |
| § | |
| Defendants. § | |

**ORDER REGARDING PROCEEDINGS AFFECTING**
**AMERINDO SERVICES LTD. AND BLUE SKY LANGSA LTD.**

On this date, Attorneys Richard L. Gorman and the firm of Richard Gorman Law withdrew from the representation of Claimant Amerindo Services Ltd. and in personam Defendants Amerindo Services Ltd. and Blue Sky Langsa Ltd. D.E. 109. Amerindo Services Ltd. and Blue Sky Langsa Ltd. are artificial business entities that cannot appear in this action pro se, but must appear only through licensed counsel. *E.g., Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993).

The Court ORDERS that the bench trial scheduled for May 14, 2018 will go forward as scheduled. In the event that a duly licensed attorney has not entered an appearance on behalf of Amerindo Services Ltd. and/or Blue Sky Langsa Ltd. by that date, their claims and/or defenses may be stricken, they may be prohibited from participating in the trial, and the Court may enter a default judgment against them without further notice.

ORDERED this 11th day of April, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE