UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Gulf Marine Fabricators, LP

v.                                             Case Number: 2:16–cv–00430

The ATP Innovator, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 5/14/2018

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Final Pretrial Conference

Date:   April 30, 2018

David J. Bradley, Clerk