UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GULF MARINE FABRICATORS, LP, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-00430 |
| | § | |
| THE ATP INNOVATOR, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON MOTION TO INTERVENE

ASRC Energy Services Omega, LLC's (Omega's) motions to intervene (D.E. 39, 72) were previously denied, pending a ruling on vessel status. D.E. 56, 74. In its Findings of Fact and Conclusions of Law (D.E. 122) issued May 30, 2018, this Court held that the ATP INNOVATOR is a vessel. Moreover, the ATP INNOVATOR was sold at public auction pursuant to Admiralty Rule E(9) and the proceeds of the sale are currently on deposit in the registry of the Court, less any amount disbursed to date as *custodia legis* expenses. D.E. 95, 121, 126.

According to the parties' Joint Advisory Status Report (D.E. 96), Omega continues to seek intervention and Plaintiff, Gulf Marine Fabricators, LP is not opposed to that intervention. Pursuant to Federal Rule of Civil Procedure 54(b), the Court reconsiders Omega's motions (D.E. 39, 72, 96) and GRANTS Omega leave to intervene in this action for the purpose of pursuing its claim to the remaining proceeds of the sale of the ATP INNOVATOR as alleged holder of a promissory note executed by Blue Sky Langsa, Ltd. and Amerindo Services, Ltd. and secured by the ATP INNOVATOR. As

indicated in the Joint Advisory (D.E. 96), Omega shall not include its claims under the Louisiana Oil Well Lien Act.

ORDERED this 26th day of June, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE